**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT COURT
BROWNSVILLE DIVISION**

United States District Court
Southern District of Texas
ENTERED

JAN 0 7 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| HIPOLITO VERA OSORIO | * |
| | * |
| VS | * C.A. NO. B-02-221 |
| | * |
| UNITED STATES OF AMERICA | * (CR. NO. B-00-396) |

**NOTICE OF DISMISSAL
FOR WANT OF PROSECUTION**

On November 20, 2002, the U.S. District Clerk mailed an application to proceed in forma pauperis to the Petitioner. The Petitioner has failed to response and has not filed said document.

It is, therefore, **ORDERED** that this application for Writ of Habeas Corpus be placed on the dismissal docket and dismissed thereafter if no response is received from Petitioner by February 7, 2003.

DONE at Brownsville, Texas, this 6th day of January 2003.

_____
Felix Recio
United States Magistrate Judge