

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT COURT
# BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

FEB 1 8 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| HIPOLITO VERA OSORIO | * |
| VS | * C.A. NO. B-02-221 |
| UNITED STATES OF AMERICA | * (Cr. No. B-00-396) |

## ORDER

The Government is hereby ORDERED to respond to Petitioner's 28 U.S.C. Section 2255 Motion to Vacate, Set Aside, or Correct Sentence on or before **April 16, 2003**. Said response shall include the transcripts of the guilty plea and sentencing record.

DONE at Brownsville, Texas, this 13th day of February 2003.

Felix Recio
United States Magistrate Judge