If the answer to any of the above is "yes," describe each source of money and state the amount received from each during the past twelve months.

3. Do you own any cash, or do you have money in checking or savings accounts?
   Yes ☐   No ☑   (Include any funds in prison accounts.)
   If the answer is "yes," state the total value of the items owned.

4. Do you own or have any interest in any real estate, stocks, bonds, notes, automobiles or other valuable property (excluding ordinary household furnishings and clothing)?
   Yes ☐   No ☑
   If the answer is "yes," describe the property and state its approximate value.

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support.

   ERIC — SON          SIDRONIA — WIFE
   KAREN — DAUGHTER
   HUGO — SON

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __January 13, 2003__          __Hipolito Vera__
            (Date)                          Signature of Applicant

**United States District Court
Southern District of Texas
ENTERED**

**FEB 1 8 2003**

Michael N. Milby, Clerk of Court
By Deputy Clerk

---

## CERTIFICATE
(Prisoner Accounts Only)

I certify that the applicant named herein has the sum of $ __$6.91__ _____ to his credit at the __CCA/EDEN Detention Center__ where he is confined. I further certify that the applicant likewise has the following securities to according to the records of said institution: __None__

I certify that during the last six months the applicant's average balance was $ __$40.00__

__J. Ruiz / Case Manager__
Authorized Officer of Institution

---

## ORDER OF COURT

| application is hereby denied | The application is hereby granted. Let the applicant proceed without prepayment of cost or fees or the necessity of giving security therefor. |
|---|---|
| _____  _____ | __[signature]__   __2-13-03__ |
| United States Judge    Date | United States Judge    Date |
|                             | or Magistrate |